UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
**GERARD CASTRY**              :          Case Number 2:17-cv-04380-WB
    **Plaintiff**                  :
                                        :
    **vs.**                             :
                                        :
**TRANS UNION, LLC, et. al.**  :
    **Defendants**                 :
_____:

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, GERARD CASTRY, and the defendant, TRANS UNION, LLC, that the above-entitled action is hereby dismissed <u>with prejudice</u> as to TRANS UNION, LLC, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    Vullings Law Group, LLC

BY: _/s/ Brent F. Vullings_____
    Brent F. Vullings, Esquire
    Attorney for Plaintiff

    Schuckit & Associates, P.C.

BY: _/s/ Heather M. Shumaker_____
    Heather M. Shumaker, Esq.
    Attorney for Trans Union, LLC

    IT IS SO ORDERED.

    _____
    J.