# VULLINGS LAW GROUP, LLC

Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA  19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in  PA, NJ, NY & DC

bvullings@vullingslaw.com

March 12, 2018

**VIA ECF**

Honorable Wendy Beetlestone
U.S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

    Re:    **Gerard Castry v. U.S. Bank, N.A., et. al.**
              **USDC, E.D. Pa., 2:17-cv-04380-WB**

Your Honor:

    Kindly be advised the above referenced matter has been recently settled as to Defendant U.S. Bank, N.A. only. We are waiting for circulation of the necessary paperwork in order to finalize the settlement.

    Thank you for your time and consideration of this matter.

                                    Sincerely,

                                    Brent F. Vullings, Esq.

BFV:fc
cc:    Joseph J Mahady, Esq. (via ECF)
        James M. Gross, Esq. (via ECF)
        Mohammad A. Ghiasuddin, Esq. (via ECF)